IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ANNETTE M. SCHAFFHAUSER,** | : CIVIL NO. 1:CV-06-2024 |
| **Plaintiff** | : |
| v. | : FILED<br>HARRISBURG, PA |
| **CITIBANK (SOUTH DAKOTA) N.A.,** | : DEC 2 7 2007 |
| **Defendant** | : MARY E. D'ANDREA, CLERK<br>Per _____ |

## ORDER AWARDING SANCTIONS

By order dated November 8, 2007, this court granted the motion for sanctions filed by Defendant Citibank (South Dakota), N.A. ("Citibank") in the captioned case. Counsel for Citibank filed an affidavit in support of attorneys fees and costs. The affidavit contained redactions of descriptions of work performed. On December 6, 2007, this court issued an order directing an amended accounting of the work performed without redactions. No response to that order has been filed in this case. Therefore, this court will determine the attorneys fees and costs based on the affidavit submitted November 15, 2007 which, by this court's calculations, amounts to fees and costs of $1,529.36, minus the redacted entries of $266, for a total award of fees and costs of $1,263.36.

**IT IS THEREFORE ORDERED AND DECREED that:**

1) Citibank (South Dakota), N.A. is hereby awarded $1,263.36 in sanctions against Plaintiff Annette Schaffhauser.

2) Plaintiff Annette Schaffhauser shall, within thirty (30) days from the date of this order, pay the sanctions in the sum of $1,263.36 to Citibank (South Dakota), N.A., c/o Joan Depfer, Esquire, Marshall, Dennehey, Warner, Coleman & Goggin, 1845 Walnut Street, Philadelphia, Pennsylvania 19103.

3) If Plaintiff Annette Schaffhauser fails to pay the sanctions in full within thirty (30) days from the date of this order, this order shall operate as a money judgment on which Citibank (South Dakota), N.A. may execute in accordance with the law and the Federal Rules of Civil Procedure.

SYLVIA H. RAMBO
United States District Judge

Dated: December 27, 2007.